UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARK RANSOM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:19-cv-04266-JPH-DLP |
| ) | |
| WENDY KNIGHT, et al. ) | |
| ) | |
| Defendants. ) | |

**Order Denying Motion for Cease and Desist Order**

Plaintiff Mark Ransom has moved for a cease and desist order against defendants' counsel. He states that counsel for the defendants called one of Mr. Ransom's family members regarding his request for medical supplies. Mr. Ransom states that counsel ordered this person to stop calling Wexford of Indiana, LLC regarding Mr. Ransom's medical care. Counsel responds that she called this person in response to the phone calls she had made to Wexford and merely asked her to stop calling Wexford. Counsel also states that she does not intend to call this person again. Because counsel states that she will not call this person again, no cease and desist order is necessary and the motion, dkt. [58], is **denied.**

**SO ORDERED.**

Date: 8/24/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

MARK RANSOM
125443
PLAINFIELD - CF
PLAINFIELD CORRECTIONAL FACILITY
Inmate Mail/Parcels
727 MOON ROAD
PLAINFIELD, IN 46168

All Electronically Registered Counsel